## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In Re:
Joseph Robinson, SSN# (xxx-xx-1675)                )    CASE NO: <u>22-00775</u>
                                                   )    CHAPTER: <u>13</u>
Carrie Harris Robinson, SSN# (xxx-xx-7485)         )
aka Carrie H Robinson, Carrie Robinson,            )
                                                   )
                                                   )
                                                   )
                                                   )
94 Strawberry Lane                                 )
Winnsboro, SC 29180                                )
                           Debtor(s)               )
_____)

### CERTIFICATE OF SERVICE

I, Patrick Moss, hereby certify that a copy of the *Plan. Objections Due no later than 7 days prior to the Confirmation Hearing., Motion to Establish Value Included in Chapter 13 Plan, Motion To Avoid Lien Included in Chapter 13 Plan* was filed with the Bankruptcy Court, on March 24, 2022, and was served, on March 24, 2022, upon the Trustee and the Creditors listed below by placing the same in the United States Mail with sufficient postage attached thereto at the addresses listed.

This 24th day of March 2022

By: /s/ Patrick Moss
Patrick Moss
Bankruptcy Paralegal
Moss and Associates, Attorneys P.A.
816 Elmwood Avenue
Columbia, South Carolina 29201

Pamela Simmons-Beasley, via (CM/ECF)
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

Region 4 US Trustee CM/ECF
1201 Main Street, Suite 2440
Columbia, SC 29201

SEE ATTACHED LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 22-00775-dd<br>District of South Carolina<br>Columbia<br>Thu Mar 24 09:02:02 EDT 2022 | 321 AUTO SALES<br>4959 US HWY 321<br>Gaston SC 29053-9286 | AMERICAN INFOSOURCE<br>PO BOX 5008<br>Carol Stream IL 60197-5008 |
| BAYVIEW LOAN SERVICING<br>PO BOX 3042<br>Milwaukee WI 53201-3042 | CAPITAL HYUNDAI<br>1-20 @ CLEMSON ROAD<br>Columbia SC 29229-6544 | CAPITAL ONE<br>PO BOX 85520<br>Glen Allen VA 23060 |
| CAROLINA FIRST<br>8850 FARROW ROAD<br>Columbia SC 29203-9727 | CAROLINA TITLE LOANS<br>721 U.S. HWY 321 BYPASS<br>UNIT 10<br>Winnsboro SC 29180-6326 | DIRECTV<br>4200 INTERNATIONAL PKWY<br>Carrollton TX 75007-1912 |
| FAIRFIELD COUNTY CLERK OF COURT<br>PO BOX 299<br>Winnsboro SC 29180-0299 | FAIRFIELD COUNTY SPECIAL REFEREE<br>101 S CONGRESS STREET<br>Winnsboro SC 29180-1103 | FAIRFIELD COUNTY TREASURER<br>PO BOX 7<br>Winnsboro SC 29180-0007 |
| FAIRFIELD MEMORIAL HOSPITAL<br>PO BOX 620<br>321 BYPASS<br>Winnsboro SC 29180-0620 | FLOWERS AUTO MART<br>4651 AUGUSTA ROAD<br>Lexington SC 29073-7949 | FLOWERS AUTO MART<br>4729 AUGUSTA ROAD<br>LEXINGTON SC 29073-9197 |
| IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | KIMBRELLS FURNITURE<br>2300 MARSHALL ST<br>Columbia SC 29203-6925 | LVNV FUNDING<br>PO BOX 10587<br>Greenville SC 29603-0587 |
| MERRICK BANK<br>PO BOX 5721<br>Hicksville NY 11802-5721 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 | NORTH AMERICAN TITLE LOAN<br>3440 PRESTON BRIDGE ROAD, STE 500<br>Alpharetta GA 30005-3823 |
| NORTH AMERICAN TITLE LOAN<br>7007 PARKLANE ROAD<br>Columbia SC 29223-7631 | P.F.S.C<br>PO BOX 21606<br>Columbia SC 29221-1606 | PALMETTO RICHLAND<br>5 MEDICAL PARK RD<br>Columbia SC 29203 |
| PRISMA HEALTH<br>PO BOX 2266<br>Columbia SC 29202-2266 | PROVIDENCE<br>2435 FOREST DR.<br>Columbia SC 29204-2098 | RENTWAY<br>1126 US HIGHWAY #321<br>Winnsboro SC 29180 |
| RESURGENT CAPITAL<br>PO BOX 10368<br>Greenville SC 29603-0368 | RESURGENT CAPITAL<br>PO BOX 10587<br>Greenville SC 29603-0587 | RILEY, POPE & LANEY, LLC<br>POST OFFICE BOX 11412<br>Columbia SC 29211-1412 |

| | | |
|---|---|---|
| Carrie Harris Robinson<br>94 Strawberry Lane<br>Winnsboro, SC 29180-6851 | Joseph Robinson<br>94 Strawberry Lane<br>Winnsboro, SC 29180-6851 | (p)SOUTH CAROLINA DEPARTMENT OF REVENUE<br>OFFICE OF THE GENERAL COUNSEL - BANKRUPTCY SE<br>300A OUTLET POINTE BLVD<br>COLUMBIA SC 29210-5666 |
| SCA COLLECTIONS<br>PO BOX 876<br>Greenville NC 27835-0876 | SECURITY FINANCE<br>PO BOX 1893<br>Spartanburg SC 29304-1893 | STRATEGIC REALTY FUND<br>4300 STEVENS CREEK BLVD, STE 275<br>San Jose CA 95129-1265 |
| SUNNYHILL VENTURES 2020 LLC<br>PO BOX 13245<br>Spokane WA 99213-3245 | Pamela Simmons-Beasley<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | TEA OLIVE<br>PO BOX 1931<br>Burlingame CA 94011-1931 |
| THE MORTGAGE CENTRE<br>PO DRAWER 1155<br>Winnsboro SC 29180-5155 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | UNITED ACCEPTANCE<br>3715 NORTHSIDE PKWY NW, STE 700<br>Atlanta GA 30327-2886 |
| (p)VANDERBILT MORTGAGE AND FINANCE INC<br>P O BOX 9800<br>MARYVILLE TN 37802-9800 | WORLD FINANCE<br>3904-A TWO NOTCH ROAD<br>Columbia SC 29204-3235 | WORLD FINANCE<br>4464 DEVINE STREET, SUITE I<br>COLUMBIA SC 29205-3605 |
| WORLD FINANCE<br>PO BOX 6429<br>Greenville SC 29606-6429 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g) (4).

| | | |
|---|---|---|
| SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211 | VANDERBILT MORTGAGE<br>500 ALCOA TRAIL<br>Maryville TN 37804-5516 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     0<br>Total                  45 |